371 A.2d 228

Commonwealth, Appellant, v. Helinek.

Submitted June 16, 1975.   Stewart J. Greenleaf, Assistant District Attorney, and Milton O. Moss, District Attorney, for Commonwealth, appellant;   Taras M. Wochok, for appellee.

Judgment of sentence affirmed on the opinion of the court below.

364 A.2d 717

Commonwealth v. Henderson, Appellant.

Argued April 15, 1976.   Sanford S. Finder, for appellant;   Fred J. Sentner, Assistant District Attorney, with him Jess D. Costa, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.